IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLIE EARL CURRY     PLAINTIFF

v.     No. 1:20CV75-GHD-DAS

WARDEN JOSH DAVIS     DEFENDANT

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, The instant case is therefore **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

SO ORDERED, this, the _16_ day of March, 2021.

_/s/ Glen H. Davidson_
SENIOR UNITED STATES DISTRICT JUDGE